UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Jane Doe,

                              Plaintiff(s),

v.                                                    Case No. 2:18–cv–11295–MAG–RSW
                                                      Hon. Mark A. Goldsmith

The City of Detroit,

                              Defendant(s),
_____


## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 815.  The following motion(s) are scheduled for hearing:

            Motion – #8

    • MOTION HEARING:  July 5, 2018 at 02:00 PM


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/K Sandusky_____
                                  Case Manager

Dated:   June 25, 2018