**United States District Court for the** Eastern

**District of** Michigan

| JANE DOE |
|---|

Plaintiff,

vs.                                                                                    Case No. 2:18-cv-11295

| THE CITY OF DETROIT |
|---|

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Jane Doe ,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from Order and Judgment regarding Defendant's Motion for Summary Judgment entered 2/20/20 and Order Denying Plaintiff's Motion for Reconsideration entered 10/8/2020
*The final judgment, from an order describing it*

entered in this action on the 20th & 8th days of February & October , 2020 .

(s) Carol A. Laughbaum (P41711)

Address: Sterling Attorneys at Law, P.C.

33 Bloomfield Hills Pkwy., Ste. 250

Bloomfield Hills, MI 48304

Attorney for Plaintiff

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☐
    Court of Appeals ☐

6CA-3
11/16