UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe,

                  Plaintiff(s),

v.                                       Case No. 2:18–cv–11295–MAG–RSW
                                                                Hon. Mark A. Goldsmith

The City of Detroit,

                  Defendant(s).

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on October 16, 2020.

                                                     DAVID J. WEAVER, CLERK OF COURT

                                                     By: s/ D. Allen
                                                           Deputy Clerk

Dated:   October 16, 2020