# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 05, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

     Re:  Case No. 20-2029, *Jane Doe v. City of Detroit, MI*
         Originating Case No. 2:18-cv-11295

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                 Sincerely,

                 s/Gretchen S. Abruzzo, Case Manager for
                 Ryan Orme, Case Manager
                 Direct Dial No. 513-564-7079

cc:  Ms. Monica NaSha Hunt
   Ms. Carol Laughbaum

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-2029

_____

Filed: August 05, 2021

JANE DOE

      Plaintiff - Appellant

v.

CITY OF DETROIT, MI

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 06/30/2021 the mandate for this case hereby issues today.

COSTS: None